BEFORE THE FIRST DIVISION, APRIL 13, 1960

**No. 64080.**—Pollak Industrial Corp. *v.* United States, protest 59/7724 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C.C.P.A. 229, C.A.D. 599), the claim of the plaintiff was sustained.